UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, etc.,<br>　　　　Plaintiff(s),<br><br>　v.<br><br>HIGH GROWTH MANAGEMENT, LTD.,<br><br>　　　　Defendant(s).<br>_____ / | No. C07-03735 JL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

CHRISTINE J. LEVIN

Dated: <u>August 10, 2007</u>　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　Counsel for <u>Plaintiff</u>
　　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant or indicate "pro se")

NDC-07