# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS ADMINISTRATION, **E-filing**
Receiver for PROSPERO VENTURES, L.P.,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

HIGH GROWTH MANAGEMENT, LTD.,

C07-03735 JL

        Defendant.

TO: (Name and address of defendant)
HIGH GROWTH MANAGEMENT, LTD.
c/o Jerald P. Shaevitz, Agent for Service of Process
24175 Dawnridge Dr.
Los Altos Hills, CA 94024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arlene P. Messinger, Esq.                    and    Darryl J. Horowitt, Esq.
U.S. Small Business Administration                  Coleman & Horowitt, LLP
Receiver for Prospero Ventures, L.P.                499 West Shaw, Suite 116
409 Third Street, S.W., 7th Floor                   Fresno, CA 93704
Washington, DC 20416

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL 19 2007

_____
(BY) DEPUTY CLERK

NDCA0440

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| COLEMAN & HOROWITT, LLP<br>ATTORNEYS AT LAW<br>DARRYL J. HOROWITT - SBN # 100898<br>499 W. SHAW AVENUE, SUITE 116<br>FRESNO, CA 93704 | (559) 248-4820 | |
| ATTORNEY FOR (NAME): U.S. SMALL BUS. ADMIN., ET AL | REFERENCE NUMBER<br>0T269015-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
U.S. SMALL BUS. ADMIN., ET AL vs. HIGH GROWTH MANAGEMENT, LTD.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0703735JL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** HIGH GROWTH MANAGEMENT, LTD.

**Person Served:** JERALD P. SHAEVITZ
**Title:** AGENT FOR SERVICE

**Date of Delivery:** 08/29/07
**Time of Delivery:** 09:00 pm

**Place of Service:** 24175 DAWNRIDGE DRIVE
LOS ALTOS, CA 94024                    (Residence)

**Physical Description:**
AGE: 45-50    HAIR: BROWN    HEIGHT: 5'10"    RACE: C
SEX: M        EYES: BROWN    WEIGHT: 185LBS

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 59.50

[X] Registered: ALAMEDA County,
Number: 850

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475        Client File # 1875.01
308/0T269015-01     PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: September 4, 2007
at: San Francisco, California.

Signature: _Caesar Eric Railey_
Name: CAESAR ERIC RAILEY
Title: REGISTERED PROCESS SERVER