**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                          415.522.2000

October 18, 2007


RE:  <u>CV 07-03735 JL</u>          <u>U.S. SMALL BUSINESS ADMINISTRATION-v- HIGH
GROWTH MANAGEMENT, LTD.</u>


Default is entered as to Defendant High Growth Management, Ltd. on 10/18/07.




                                        RICHARD W. WIEKING, Clerk


                                        by<u>Gloria Acevedo</u>
                                        Case Systems Administrator
                                        To Chief Magistrate Judge James Larson




NDC TR-4  Rev. 3/89