```
1  SCOTT N. SCHOOLS, CA NO. 9990
   United States Attorney
2  JOANN M. SWANSON, CA NO. 88143
   Chief, Civil Division
3  EDWIN L. JOE, CA NO. 112328
4  Special Assistant U.S. Attorney

5
       455 Market Street, Sixth Floor
6      San Francisco, CA  94105
       Telephone: (415) 744-8494
7      Facsimile: (415) 744-6812
       edwin.joe@sba.gov
8

9  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | E-Filing |
| ) | |
| Plaintiff, ) | Case No: C 04-4351 SBA |
| ) | HON. SAUNDRA BROWN ARMSTRONG |
| v. ) | Date: |
| ) | Time: |
| PROSPERO VENTURES, L.P. ) | Room: Ctrm 3, 1301 Clay St., Oakland |
| Defendant. ) | |

### STIPULATED ORDER PARTIALLY LIFTING THE JUDICAL STAY FOR A LIMITED PURPORSE

This matter comes before the Court on the Stipulation of the United States of America ("USA") for its agency the U.S. Small Business Administration ("SBA"), Plaintiff, and the U.S. SBA in its capacity as Receiver ("Receiver") for Prospero Ventures, L.P. ("Prospero") (f/k/a Dotcom Ventures, L.P., f/k/a ASCII Ventures, L.P.), Defendant, for Entry of an Order partially lifting the blanket judicial injunction and stay against the commencement of civil legal proceedings of any nature involving Prospero, or any assets of Prospero, or any of Prospero's general or limited partners, imposed by Paragraph 7 of this Court's <u>Order Granting Receivership</u>[1]

C 04-4351 SBA - ORDER PARTIALLY LIFTING THE JUDICIAL STAY FOR A
LIMITED PURPOSE

and Permanent Injunctive Relief ("Receivership Order"), entered October 20, 2004, for the limited purpose of authorizing the Receiver to commence civil litigation in this Court against certain individuals and entities who/which are limited partners ("LP") in Prospero, and to take all steps necessary to recover on the obligations owed to Prospero by those same LPs, and this Court being duly advised as to the merits,

IT IS HEREBY ORDERED THAT:

1. The parties' Stipulation/Motion (1) to reopen this case and (2) to consider entry of an Order partially lifting the blanket judicial injunction and stay against the commencement of civil legal proceedings of any nature involving Prospero, for a limited purpose, are both GRANTED; and

THE COURT FINDS THAT:

(1) The Receiver is charged with pursuing and preserving all claims and assets of Prospero.

(2) The relief proposed by the Plaintiff and Defendant in their Stipulation/Motion filed herein is reasonable, necessary and in the best interest of the Prospero Receivership Estate.

IT IS HEREBY ORDERED AND DECREED THAT:

(1) The blanket judicial injunction and stay previously imposed in this proceeding by the Receivership Order is hereby partially lifted for the limited and sole purpose of authorizing the Receiver to commence and prosecute separate litigation in this Court against each of the LPs who/which has not paid its unfunded capital commitment to Prospero, and to take all steps necessary to collect on the obligation of each LP, its assignee or successor, to pay its unfunded

C 04-4351 SBA - ORDER PARTIALLY LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE

capital commitment, without further prior order of this Court.

(2) The Receiver is authorized, upon entry of this Order, to file separate Complaints in the United States District Court for the Northern District of California against any or all of the following LPs, their assignees and successors, and to serve process on each:

1) Donald K. Emery
2) John W. Murphy
3) Bhalerao Family Trust (aka Rainbow Enterprises), Prakash Bhalerao, Trustee
4) Jarrat Enterprises LP, Henri Jarrat, General Partner, as transferee of interest of Henri Jarrat
5) High Growth Management, Ltd.
6) John M. Sloane
7) John M. Sloane as transferee of interest of Janet M. Mills
8) John M. Sloane as transferee of interest of Margaret E. Sloane
9) Jane C. Sloane
10) Luzon Investments, Ltd.
11) Jose Maria Insenser and Lucia Martinez
12) Bun Bun & Co., Ltd.

The Receiver is further authorized to prosecute its causes of action against each of the LPs, their assignees or successors in each case, and to take all steps necessary to collect on the obligation of each LP, its assignee or successor, to pay its unfunded capital commitment to Prospero, without further prior order of this Court.

(3) In accordance with the Court Order granting the Stipulation/Motion to Reopen this case and to consider entry of an Order partially lifting the blanket judicial injunction and stay against the commencement of civil legal proceedings of any nature involving Prospero, for a limited purpose, this case is now administratively closed. The Receiver may move to re-open the

C 04-4351 SBA - ORDER PARTIALLY LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE

3

Case 3:07-cv-03735-VRW   Document 16-5   Filed 12/12/2007   Page 4 of 4
Case 4:04-cv-04351-SBA   Document 37   Filed 04/13/2007   Page 4 of 4
Case 4:04-cv-04351-SBA   Document 34   Filed 04/03/2007   Page 17 of 18

1  the case for appropriate post-judgment relief at a later time. The Clerk shall close the file and
2  terminate any pending matters.
3  
4  (4)  Without further order of this court, the attorney filing the above-mentioned
5  separate Complaints shall inform the Clerk that the case is to be assigned to this Court as a
6  related case per Local Rule 3-12 and provide a copy of this Stipulated Order to the Clerk. The
7  Clerk shall take appropriate steps to have the case reassigned.
8  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

This 13TH day of APRIL 2007, in Oakland, California.

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

APPROVED AS TO FORM AND CONTENT:

_____
ARLENE P. MESSINGER
Attorney for Defendant, SBA as Receiver for
Prospero Ventures, LP

_____
EDWIN L. JOE
Special Assistant U. S. Attorney
Attorney for Plaintiff, United States of America

C 04-4351 SBA - ORDER PARTIALLY LIFTING THE JUDICIAL STAY FOR A
LIMITED PURPOSE