ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., <br><br>Plaintiff, <br><br>v. <br><br>HIGH GROWTH MANAGEMENT, LTD., <br><br>Defendant. | NO.   C 07-03735 MEJ <br>Related Cases <br>   No. C 07-3732 MEJ <br>   No. C 07-3733 MEJ <br>   No. C 07-3736 MEJ <br>   No. C 07-3737 MEJ <br>   No. C 07-3738 MEJ <br>   No. C 07-3739 MEJ <br>   No. C 07-3740 MEJ <br>   No. C 07-3741 MEJ <br><br>**DECLARATION OF CHRISTINE J. LEVIN IN SUPPORT OF APPLICATION FOR DEFAULT** <br>[Filed concurrently with Application for Judgment, Memorandum of Points and Authorities, Declaration of Brian Stern, and Proposed Judgment] <br><br>Date: January 17, 2007 <br>Time: 10:00 a.m. <br>Courtroom B, 15th Floor |

I, CHRISTINE J. LEVIN, do hereby declare and state as follows:

1

F:\CLIENTS\1875-USSBAProspero\01Prospero\Pldg\Defaults\HighGrowth\DecCJLAppDef.wpd     Declaration of Christine Levin in Support of Request to Enter Default

1.   I am an attorney at law duly licensed to practice before the United States of America, Northern District of California Court, and am an associate with the law firm of Coleman & Horowitt, LLP, attorneys of record for Plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P. ("PROSPERO") f/k/a Dotcom Ventures, L.P.

2.   I have personal knowledge of the facts contained herein and if called upon as a witness, I could testify competently thereto.

3.   This declaration is filed in support of Plaintiff's Application For Default.

4.   For this Court's convenience, this Declaration is divided into five (5) sections.

## FACTUAL ALLEGATIONS

5.   HIGH GROWTH MANAGEMENT, LTD. (hereinafter "HIGH GROWTH") is a foreign corporation which has not been granted status as a permanent U.S. resident. HIGH GROWTH is not an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

6.   The U.S. Small Business Administration ("SBA") is an agency with its principal office located at 409 Third Street, S.W., Washington, DC 20416. By order entered October 20, 2004 (the "Receivership Order") this Court appointed the SBA as Receiver for PROSPERO ("Receiver"). See Exhibit "A" to Declaration of Brian Stern.

7.   SBA is an agency of the United States government. Accordingly, the federal courts shall have original jurisdiction.

8.   On April 13, 2007, this Court entered its Order ("Lift Stay Order") partially lifting the blanket judicial injunction and stay against the commencement of civil legal proceedings of any nature involving PROSPERO, or any of PROSPERO's general or limited partners ("LP"), imposed by Paragraph 7 of the Receivership Order, for the sole purpose of authorizing the Receiver to commence and prosecute separate litigation in this Court against those LPs, including HIGH GROWTH, who had not paid its unfunded capital commitment to PROSPERO, and to take all steps necessary to collect on the obligation of each LP to pay its unfunded capital commitment. See Exhibit "B" to Declaration of Brian Stern.

9.   PROSPERO is a California Limited Partnership. It maintained its last principal office

and place of business at 870 Market Street, Suite 1040 San Francisco, California 94102. The underlying lawsuit is brought solely on behalf of PROSPERO.

10. This Court is the appropriate court to decide this matter because PROSPERO's principal office sits within its physical boundaries.

11. Diversity of citizenship is established within the meaning of 28 U.S.C. § 1332 in light of the fact that PROSPERO's primary office is located in California, SBA's primary office is located in Washington D.C., and HIGH GROWTH is a foreign corporation.

**SERVICE AND SUMMONS OF THE COMPLAINT ON APPOINTED AGENT**

12. On August 29, 2007, at 9:00 p.m., Plaintiff personally served Jerald P. Shaevitz with copies of the complaint against HIGH GROWTH. True and correct copies of the proof of service were submitted to this Court on September 26, 2007. A true and correct copy of the complaint is on file with this court.

13. HIGH GROWTH completed an Investor Questionnaire designating Jerald P. Shaevitz as its agent for service of process. A true and correct copy of the questionnaire is attached hereto as Exhibit "A."

14. The appointment of Jerald P. Shaevitz as the agent for service of process within the United States to receive service of process on their behalf and in connection with the enforcement of the obligation of capital contribution was irrevocable.

15. Jerald P. Shaevitz was served at 24175 Dawnridge Drive in Los Altos, California.

16. Service of process on Jerald P. Shaevitz was proper within the meaning of Code of Civil Procedure section 416.10 (a) and Corporations Code section 2110 which provides for service on a foreign investor by hand delivery to designated agent for service of process.

**BREACH OF PARTNERSHIP AGREEMENT**

17. This action involves a claim for failure to make a capital contribution pursuant to a PARTNERSHIP AGREEMENT between the parties. A true and correct copy of the Amended & Restated Agreement of Limited Partnership For Dotcom Ventures, L.P. (formerly ASCII Ventures,

L.P.), a California Limited Partnership is attached to the complaint filed on July 19, 2007 as Exhibit "A."

18. HIGH GROWTH has not appeared in this action and has not responded to the complaint within the time permitted by law.

19. As of the date of the filing of this request, I have received no response to the complaint from HIGH GROWTH.

20. Pursuant to Federal Rules of Court, Rule 55(a), the clerk of this court entered a default judgment against HIGH GROWTH on October 18, 2007.

## ATTORNEYS' FEES

21. Paragraph 5.7 entitled Failure to Contribute Capital explains: "If any legal proceedings relating to the failure of a Limited Partner to make such contribution are commenced, such Limited Partner **shall pay all costs and expenses** incurred by the Partnership, *including attorneys' fees*, in connection with such proceedings." (Emphasis added.)

22. To date, attorneys' fees have been accrued in this matter.

23. In this matter, suit was filed against nine (9) limited partners, one of which is HIGH GROWTH.

24. Attorneys' fees for matters that were only performed once are accounted for and divided by nine. Examples of this would be the drafting of the administrative motion to consider the cases related or reading the Partnership Agreement. Plaintiff is not seeking to recover these same attorneys' fees from another defendant.

25. For tasks that must be performed for each individual defendant such as the drafting of the Complaint and drafting of the Request for Default, counsel kept track of the time it took to draft all of the documents and then divided the time by the number of the defendants in order to be fair to each defendant. This is due to the fact that the first complaint drafted was more time consuming than the last.

4

F:\CLIENTS\1875-USSBA\Prospero\01Prospero\Pldg\Defaults\HighGrowth\DecCJLAppDef.wpd    Declaration of Christine Levin in Support of Request to Enter Default

## COSTS

26. Paragraph 5.7 entitles Plaintiff to Costs.

27. To date, Plaintiff has the following costs in bringing this action:

    a. Filing fee for Complaint                 $350.00

    b. Service of process                     $59.50.

    c. any other mailing / filing copying, etc     $87.24.

**Total Costs : $396.74**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2007, at Fresno, California.

                                                */S/ Christine J. Levin*
                                                CHRISTINE J. LEVIN

## PROOF OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On December 12, 2007, I served the foregoing document described as **DECLARATION OF CHRISTINE J. LEVIN IN SUPPORT OF APPLICATION FOR DEFAULT** on the interested parties, addressed as follows:

[x] BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[] BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[] BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[] BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on December 12, 2007, at Fresno, California.

Lisa R. Barr

**Via U.S. Mail**

Jerald P. Shaevitz
24175 Dawnridge Dr.
Los Altos Hills, CA 94024

Agent for Defendants,
High Growth Management, Ltd.

**Via California Overnight:**

**Chambers Copies**

Hon. Maria-Elena James
U.S. District Court, Northern District
450 Golden Gate Avenue
16th Floor, #1111
San Francisco, CA 94102