1   ARLENE P. MESSINGER
    Assistant General Counsel for SBIC Enforcement
2   U.S. Small Business Administration
    Receiver for Prospero Ventures, L.P.
3   409 Third Street, S.W., 7th Floor
    Washington, DC  20416
4   Telephone: (202) 205-6857
    Facsimile: (202) 481-0325
5
    DARRYL J. HOROWITT  #100898
6   CHRISTINE J. LEVIN  #192181
    COLEMAN & HOROWITT, LLP
7   Attorneys at Law
    499 West Shaw, Suite 116
8   Fresno, California 93704
    Telephone: (559) 248-4820
9   Facsimile: (559) 248-4830

10  Attorneys for Plaintiff,
    U.S. SMALL BUSINESS ADMINISTRATION,
11  as Receiver for PROSPERO VENTURES, L.P.

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14

15  U.S. SMALL BUSINESS                 NO.    C 07-03732 VRW
    ADMINISTRATION, as Receiver for     **Related Cases:**
16  PROSPERO VENTURES, L.P.,            C 07-03733, C 07-03735,C 07-03736,
                                        C 07-03737,C 07-03738, C 07-03739,
17                  Plaintiff,          C 07-03740, C 07-03741

18          v.                          **STIPULATION TO CONTINUE**
                                        **CASE MANAGEMENT**
19  JANE C. SLOANE,                     **CONFERENCE AND [PROPOSED]**
                                        **ORDER THEREON**
20                  Defendant.

21

22

23          This stipulation is entered into by and between Plaintiff, U.S. SMALL BUSINESS
24
    ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., and Defendant, JANE C.
25
    SLOANE, on the following recitals, terms, and agreements:
26
    ///
27
    ///
28

                                        1

1  **RECITALS**

2  This stipulation is entered into with the following facts taken into consideration:

3  A.  Plaintiff filed the above-captioned action on July 19, 2007.

4  B.  Plaintiff thereafter served the complaint on Defendant on August 13, 2007.

5  C.  Defendant filed an answer on October 19, 2007.

6  D.  On November 20, 2007, the parties filed a joint case management statement.

7  E.  On November 27, 2007, the following nine cases were determined to be related:

8          1.  U.S.S.B.A. v. Jane Sloane - Case No. C 07-03732 VRW;

9          2.  U.S.S.B.A. v. Insenser and Martinez - Case No. C 07-03733 VRW;

10         3.  U.S.S.B.A. v. High Growth - Case No. C 07-03735 VRW;

11         4.  U.S.S.B.A. v. Jarrat Enterprises - Case No. C 07-03736 VRW;

12         5.  U.S.S.B.A. v. John Murphy - Case No. C 07-03737 VRW;

13         6.  U.S.S.B.A. v. Rainbow Enterprises - Case No. C 07-03738 VRW;

14         7.  U.S.S.B.A. v. John Sloane - Case No. C 07-03739 VRW;

15         8.  U.S.S.B.A. v. Luzon - Case No. C 07-03740 VRW; and

16         9.  U.S.S.B.A. v. Donald K. Emery - Case No. C 07-03741 VRW;

17  F.  Defendant and the five following Defendants are represented by the same law firm:

18         1.  John Sloane - Case No. C 07-03739 VRW;

19         2.  Donald K. Emery - Case No. C 07-03741 VRW;

20         3.  Jarrat Enterprises - Case No. C 07-03736 VRW;

21         4.  Rainbow Enterprises - Case No. C 07-03738 VRW; and,

22         5.  John Murphy - Case No. C 07-03737 VRW

23  G.  Plaintiff and the six aforementioned Defendants have agreed to participate in the

24  Court's mediation program with the assistance of James Barber, having reserved February 26, 2008,

25  and February 27, 2008, for this purpose.

26  H.  Defaults have been entered against the following three Defendants: Insenser and

27  Martinez (Case No. C 07-03733 VRW), High Growth (Case No. C 07-03735 VRW), and Luzon

28  (Case No. C 07-03740 VRW). Accordingly, the aforementioned three Defendants have not been

2

C 07-03732 VRW
Stipulation and Order to Continue CMC

1    asked to consent to this continuance nor will the defaulted parties be prejudiced by the continuance.

2        I.        On today's date, the parties will be submitting a joint application seeking

3    permission from this Court to complete mediation beyond the Court's deadline of February 2, 2008.

4        J..       In order to promote judicial economy, the parties herein jointly request a

5    continuance of the Case Management Conference until February 28, 2008, at 3:30 p.m. in order to

6    complete the mediation process prior to the case management conference.

7                                              **STIPULATION**

8        With the above facts taken into consideration, the adequacy and sufficiency of which are

9    hereby acknowledged, the parties do hereby stipulate and agree as follows:

10        1.        The case management conference shall be continued to February 28, 2008 at 3:30

11    p.m.

12        2.        This stipulation may be executed in counterparts and a facsimile and/or electronic

13    signature shall be considered as valid as an original.

14

15    Dated: January 3, 2008                    COLEMAN & HOROWITT, LLP

16

17                                              By: ___/s/ _Darryl J. Horowitt_____
                                                        DARRYL J. HOROWITT
18                                                      Attorneys for Plaintiff

19    Dated: January 3, 2008
                                                DONOGHUE, BARRETT & SINGAL, P.C.
20
                                                By:        ___/s/ _Damien C. Powell_____
21                                                      Bruce A. Singal
                                                        Damien C. Powell
22                                                      Appearance *Pro Hac Vice*
                                                        Attorneys for Defendant,
23

24                                              O'CONNOR & ASSOCIATES
                                                        John O'Connor
25                                                      Attorney for Defendant,

26

27

28

                                                      3

1  *U.S. Small Business Administration,*
   *as Receiver for Prospero Ventures, L.P.*
2  *v. Jane C. Sloane*
   <u>Case No. C 07-03732 VRW</u>
3
4                              **ORDER**

5        The parties having so stipulated, and good cause appearing therefore,

6        IT IS HEREBY ORDERED that:                          March 20

7        1.    The case management conference shall be continued to ~~February 28~~, 2008 at 3:30
   p.m.
8
   Dated:     January 8, 2008
9
10                                                    IT IS SO ORDERED
                                          HON.                    WALKER
                                                    AS MODIFIED
11                                        U.S. D
                                          NOR                     LIFORNIA
                                                    Judge Vaughn R Walker
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

F:\CLIENTS\1875-USSBAProspero\01Prospero\Pldg\SloaneJane\StipCont-CMC-2.wpd

## PROOF OF SERVICE

I am a citizen of the United States of America and a resident of the State of California. I am over the age of eighteen (18) years. My business address is Coleman & Horowitt, LLP, 499 W. Shaw Avenue, Suite 116, Fresno, CA 93704.

On January 3, 2008, I served the foregoing document(s) described as **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** on the interested parties as listed below:

Via Electronic Mail by Filing Electronically With the Northern District Court of California:

Bruce A. Singal
Damien C. Powell
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street
Boston, MA 02108

John O'Connor
O'CONNOR & ASSOCIATES
One Embarcadero Center, Suite 1020
San Francisco, CA 94111

Attorneys for Defendant

Via Overnight Mail:

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2008, in Fresno, California.

Lisa R. Barr