1  ARLENE P. MESSINGER
   Assistant General Counsel for SBIC Enforcement
2  U.S. Small Business Administration
   Receiver for Prospero Ventures, L.P.
3  409 Third Street, S.W., 7th Floor
   Washington, DC 20416
4  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
5
   DARRYL J. HOROWITT  #100898
6  CHRISTINE J. LEVIN  #192181
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 West Shaw, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10 Attorneys for Plaintiff,
   U.S. SMALL BUSINESS ADMINISTRATION,
11 as Receiver for PROSPERO VENTURES, L.P.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  U.S. SMALL BUSINESS<br>     ADMINISTRATION, as Receiver for<br>16   PROSPERO VENTURES, L.P.,<br>17              Plaintiff,<br>18   v.<br>19   HIGH GROWTH MANAGEMENT, LTD.,<br>20              Defendant. | NO.   C 07-03735 VRW<br>Related Cases<br>     No. C 07-3732 VRW<br>     No. C 07-3733 VRW<br>     No. C 07-3736 VRW<br>     No. C 07-3737 VRW<br>     No. C 07-3738 VRW<br>     No. C 07-3739 VRW<br>     No. C 07-3740 VRW<br>     No. C 07-3741 VRW<br><br>**Notice of Motion on Hearing; Entry of**<br>**Judgment Pursuant to Rule 55**<br><br>Date: March 20, 2008<br>Time: 3:30 p.m.<br>Courtroom 6, 17TH Floor |

25  TO THE HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS

26  OF RECORD:

27         PLEASE TAKE NOTICE that on March 20, 2008, at 3:30 p.m., or as soon thereafter as the

28  matter may be heard in the United States District Court, Northern District of California, Plaintiff,

1

1  U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P.
2  (hereinafter "Plaintiff"), will move for the entry of a default judgment in this matter against
3  Defendant HIGH GROWTH MANAGEMENT, LTD (hereinafter "Defendant") pursuant to Rule
4  55(b)(1) of the Federal Rules of Civil Procedure. This motion shall be based on the application, the
5  memorandum and points of authorities, the declarations of Christine J. Levin and Brian Stern, and
6  the papers and pleadings filed in this action on December 12, 2007.

Respectfully submitted,

9  Dated: January 30, 2008

By:/S/ *Christine J. Levin*

CHRISTINE J. LEVIN
Attorneys for Plaintiff
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

# PROOF OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On January 30, 2008, I served the foregoing document described as **Notice of Motion on Hearing; Entry of Judgment Pursuant to Rule 55** on the interested parties, addressed as follows:

[x]  BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[]  BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]  BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]  BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[]  STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]  FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on January 30, 2008, at Fresno, California.

*Lisa R. Barr*
Lisa R. Barr

**Via U.S. Mail**

Jerald P. Shaevitz
24175 Dawnridge Dr.
Los Altos Hills, CA 94024

Agent for Defendants,
High Growth Management, Ltd.

**Via California Overnight:**

<u>**Chambers Copies**</u>

Chief Judge Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, #6
San Francisco, CA 94102