IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMALL BUSINESS ADMINISTRATION, as Receiver for Prospero Ventures L.P., <br><br> Plaintiff, <br><br> v. <br><br> JOSE MARIA INSENSER, et al., <br><br> Defendant. <br> _____/ | No.  C 07-3733   VRW <br> **Related to:** <br> **C07-3735 VRW** <br> **C07-3740 VRW** <br><br> **CLERK'S NOTICE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Plaintiff's Motion for Default Judgment Against Defendants to **April 24, 2008 at 2:30 p.m.**   Please report to Courtroom  6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: February 5, 2008

FOR THE COURT, <br>
Richard W. Wieking, Clerk

By: *Cora Klein* <br>
  Courtroom Deputy Clerk to <br>
  Chief Judge Vaughn R Walker