IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMIN as Receiver for Prospero Ventures LP,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA INSENSER and LUCIA MARTINEZ, et al.,<br><br>Defendant.<br>_____/ | Case No. C07-3733 VRW related to:<br><br>C07-3735 VRW U.S. SBA v High Growth Management Ltd<br><br>C07-3740 VRW U.S. SBA v Luzon Investments Ltd<br><br>**SECOND<br>CLERK'S NOTICE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or the Certificate of Service)

    YOU ARE NOTIFIED THAT Plaintiff's Motion for Default Judgment Against Defendants for the above cases currently scheduled for April 24, 2008 shall be **advanced to Thursday, April 3, 2008 at 2:30 p.m.** Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: February 26, 2008

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk

                                            By: _/s/ Cora Klein_
                                                Cora Klein, Courtroom Deputy Clerk to
                                                Chief Judge Vaughn Walker