ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
CHRISTINE J. LEVIN #192181
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> HIGH GROWTH MANAGEMENT, LTD., <br><br> Defendant. | NO.   C 07-03735 VRW <br> Related Cases <br>    No. C 07-3732 VRW <br>    No. C 07-3733 VRW <br>    No. C 07-3736 VRW <br>    No. C 07-3737 VRW <br>    No. C 07-3738 VRW <br>    No. C 07-3739 VRW <br>    No. C 07-3740 VRW <br>    No. C 07-3741 VRW <br><br> **ORDER TO SHOW CAUSE AS TO WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED** <br><br> Date: April 3, 2008 <br> Time: 3:30 p.m. <br> Courtroom 6, 17th Floor |

TO DEFENDANT HIGH GROWTH MANAGEMENT, LTD.:

///

///

///

1  Unless you provide in writing good cause setting forth why default should not be entered
2  on April 3, 2008, the Plaintiff's application for court default judgment pursuant to Rule 55 (b)(2)
3  shall be entered without further appearance by Plaintiff.

**Respectfully submitted,**

Dated: March 24, 2008         COLEMAN & HOROWITT, LLP

By: /S/ Christine J. Levin
CHRISTINE J. LEVIN
Attorneys for Plaintiff
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

## PROOF OF SERVICE

I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

OnMarch 24, 2008, I served the foregoing document described as **ORDER TO SHOW CAUSE AS TO WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED** on the interested parties, addressed as follows:

[x] BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x] BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[] BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[] BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

Facsimile No.

[] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 24, 2008, at Fresno, California.

Lisa R. Barr

**Via U.S. Mail**

Jerald P. Shaevitz
24175 Dawnridge Dr.
Los Altos Hills, CA 94024

Agent for Defendants,
High Growth Management, Ltd.

**Via California Overnight:**

**Chambers Copies**

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Courtroom 6
San Francisco, CA 94102