IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as receiver for Prospero Ventures, LP,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA INSENSER and LUCIA MARTINEZ,<br><br>Defendants. | No. C 07-3733 VRW<br>**Related to**<br>C07-3735 US SBA v HIGH GROWTH MGMT LTD<br>C07-3740 U SBA v LUZON INVESTMENT LTD<br><br>**CLERK'S NOTICE** |

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Default Judgment Against Defendants noticed for April 3, 2008 at 2:30 p.m. in the above cases is VACATED.

Dated: April 3, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker