IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES SMALL BUSINESS
ADMINISTRATION, as Receiver for
PROSPERO VENTURES, LP,

        Plaintiff,

        v

HIGH GROWTH MANAGEMENT, LTD,

        Defendant.

No   C 07-3735 VRW

ORDER

Plaintiff seeks default judgment that defendant breached its partnership agreement with Prospero Ventures by failing to make its agreed capital contribution in full. Plaintiff filed its complaint on July 19, 2007. Doc #1. Defendant was served on August 29, 2007, but did not respond. Doc #4. On October 17, 2007, the clerk entered default. Doc #9.

   Plaintiff filed a motion for default judgment against defendant on December 12, 2007. Doc #16. Plaintiff served its motion and supporting papers on defendant on January 30, 2008. Doc #23. Defendant has not responded to the motion for default judgment.

   Accordingly, defendant is hereby ORDERED TO SHOW CAUSE in writing by April 11, 2008, why plaintiff's motion for default judgment should not be entered. Unless defendant provides in writing good cause setting forth why default judgment should not be entered, plaintiff's application for default judgment under FRCP 55(b) shall be granted without further appearance by plaintiff.

   IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge