IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP,<br><br>    Plaintiff,<br><br>    v<br><br>HIGH GROWTH MANAGEMENT, LTD,<br><br>    Defendant.<br>_____/ | No   C 07-3735   VRW<br><br>ORDER |

       Plaintiff's counsel has requested attorney fees in this case in the amount of $3,477.64.  See Doc #16 (memorandum of points and authorities) at 5:21.  Counsel's declaration describes the general method used to allocate fees, but it does not attest that defendant's share of the fees is $3,477.64.  See Doc #16 (Levin declaration) at ¶¶21-25.  See also <u>SBA v Luzon</u>, No 07-3740 (VRW)

1  Doc #14 (Levin declaration) at ¶26 (stating that "Luzon's share of
2  the attorneys' fees total $3,600.13").  Counsel shall submit a
3  revised declaration no later than 11am on July 16, 2008.

6          IT IS SO ORDERED.

                                   _____
                                   VAUGHN R WALKER
                                   United States District Chief Judge

**United States District Court**
For the Northern District of California