IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP.,<br><br>        Plaintiff,<br><br>  v.<br><br>HIGH GROWTH MANAGEMENT, LTD.,<br><br>        Defendant.<br>_____/ | No. C 07-3735  VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

In accordance with the Court's order granting plaintiff's motion for default judgment filed July 16, 2008, **IT IS SO ORDERED AND ADJUDGED** that judgment in this action shall be entered in favor of plaintiff and against defendant. The court awards plaintiff $84,580.12, consisting of $62,376 in contract damages, $17,210.22 in interest, $4,497.16 in attorney fees and $496.74 in expenses.

Dated: July 17, 2008                                                  Richard W. Wieking, Clerk

By: *Cora Klein*
Deputy Clerk